```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 17375
   RENEE D BUTLER
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-3981


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/04/2008 and was not confirmed.

      The case was dismissed without confirmation 09/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
FREMONT INVESTMENT & LOA CURRENT MORTG        .00            .00            .00
FREMONT INVESTMENT & LOA MORTGAGE ARRE  NOT FILED            .00            .00
HSBC AUTO FINANCE        SECURED VEHIC  NOT FILED            .00            .00
CITY OF CHICAGO PARKING  SECURED        NOT FILED            .00            .00
COOK COUNTY TREASURER    SECURED NOT I    3228.04            .00            .00
CITY OF CHICAGO PARKING  UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING  UNSECURED         420.00            .00            .00
TCF NATIONAL BANK        UNSECURED      NOT FILED            .00            .00
BLACK EXPRESSIONS BK CLU UNSECURED          95.30            .00            .00
MELANIE FITNESS CENTER   UNSECURED         180.00            .00            .00
QUEST DIAGNOSTICS        UNSECURED      NOT FILED            .00            .00
MIDWEST PHYSICIAN GROUP  UNSECURED        1442.26            .00            .00
NICOR GAS                UNSECURED      NOT FILED            .00            .00
US DEPARTMENT OF EDUCATI UNSECURED       35090.63            .00            .00
KIM BROWN                NOTICE ONLY    NOT FILED            .00            .00
RECHELLE GERMAN          NOTICE ONLY    NOT FILED            .00            .00
CAVALRY PORTFOLIO SERVIC UNSECURED         550.98            .00            .00
RONALD B LORSCH          DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                        .00                     .00

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 17375 RENEE D BUTLER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```